Filed June 26, 1889.

---

No. 12,040.

SWINEY v. THE STATE.

CRIMINAL LAW.—*Affidavit Not Sworn to.*—*Motion to Quash.*—A paper purporting to be an affidavit charging the offence of assault and battery, but not sworn to, is bad on a motion to quash.

From the Howard Circuit Court.

*J. W. Kern* and *B. F. Harness*, for appellant.

*L. T. Michener*, Attorney General, and *J. H. Gillett*, for the State.

OLDS, J.—This is a prosecution for an assault and battery. The paper purporting to be an affidavit, upon which the prosecution is based, does not appear to have been sworn to. There was a motion to quash the affidavit, which was overruled, and exceptions, and the ruling is assigned as error.

It is contended by counsel for the State that the objection that the affidavit was not sworn to is not presented by a motion to quash. We think it is. A motion to quash reaches all defects apparent on the face of the affidavit or indictment. *Cooper* v. *State*, 79 Ind. 206; *Heacock* v. *State*, 42 Ind. 393; Whart. Crim. Pl. and Prac. (9th ed.), section 350; 1 Bishop

Crim. Proc. (3d ed.), section 763; Maxwell Crim. Proc., p. 521.

In the case of *Cantwell* v. *State*, 27 Ind. 505, it was held that such a paper was no affidavit. See, also, *State Bank* v. *Hinchcliffe*, 4 Ark. 444, and *McDermaid* v. *Russell*, 41 Ill. 489, which hold the same.

The court erred in overruling the motion to quash.

Judgment reversed.

Filed June 26, 1889.